UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 21cr1382-JLS |
|---|---|
| Plaintiff, | AMENDED ORDER OF CRIMINAL FORFEITURE |
| v. | |
| KYARA DIAZ, | |
| Defendant. | |

On August 16, 2021, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of KYARA DIAZ ("Defendant") in the following properties, pursuant to 31 U.S.C. § 5532(b)(2):

    a.    $38,110.00 in United States Currency, and

    b.    One 2015 Ford Focus with California license plate number 8UBV538 and Vehicle Identification Number (VIN) 1FADP3F21FL317208.

For thirty (30) consecutive days ending on September 24, 2021, the United States published on its forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the properties in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third parties of their right to petition the

Court within thirty (30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the properties.

There were no potential third parties known to the United States to have alleged an interest in the forfeited properties; therefore, no one was provided with direct notice of the forfeiture.

Thirty (30) days have passed following the final date of notice by publication, and no third party has made a claim to or declared any interest in the forfeited properties described above.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, as a result of the failure of any third party to come forward or file a petition for relief from forfeiture as provided by law, all right, title, and interest of KYARA DIAZ and any and all third parties in the following properties are hereby condemned, forfeited, and vested in the United States of America:

    a.    $38,110.00 in United States Currency, and

    b.    One 2015 Ford Focus with California license plate number 8UBV538 and Vehicle Identification Number (VIN) 1FADP3F21FL317208.

IT IS FURTHER ORDERED that costs incurred by U.S. Customs and Border Protection and any other governmental agencies which were incident to the seizure, custody and storage of the properties be the first charge against the forfeited properties.

IT IS FURTHER ORDERED that U.S. Customs and Border Protection shall dispose of the forfeited properties according to law.

IT IS SO ORDERED.

Dated: January 3, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge